*Charles H. Timerman* and *Charles W. Pooley* for appellant.

*Guy B. Moore, District Attorney* (*Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.   Not voting: HISCOCK, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HYMAN STEHR, Respondent.

*People* v. *Stehr*, 172 App. Div. 970, affirmed.
(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 10, 1915, which reversed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of arson in the first degree and granted a new trial.

*Harry E. Lewis, District Attorney* (*Ralph E. Hemstreet, Hersey Egginton* and *Harry G. Anderson* of counsel), for appellant.

*Luke O'Reilly* for respondent.

Order affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.

---

ELIZABETH A. HICKEY, as Administratrix of the Estate of CHARLES D. HICKEY, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Hickey* v. *N. Y. C. & H. R. R. R. Co.*, 163 App. Div. 270, affirmed.
(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from a judgment, entered July 23, 1914, upon an order of the Appellate Division of the Supreme Court

in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of the defendant, his employer. The intestate was killed in a head-on collision between two trains, on one of which he was employed as fireman. The Appellate Division reversed the judgment for the plaintiff on the ground that the collision was caused either by a lack of care and attention or error of judgment upon the part of the engineer of one of the trains for which the defendant was not liable, the accident occurring prior to the passage of chapter 657 of th Laws of 1906.

*James O. Sebring* for appellant.

*Halsey Sayles* and *John B. Stanchfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, CARDOZO and POUND, JJ. Not sitting: COLLIN, J.

---

FITZROY D'ARCY, as Administrator of the Estate of VIOLET D'ARCY, Deceased, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

*D'Arcy* v. *Interborough Rapid Transit Co.*, 165 App. Div. 757, affirmed.

(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1915, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, a common carrier, in running a train